Exhibit 1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (If Filed) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: (a) The **information** that the parties agree should remain sealed; (b) The **information** the parties agree should be unsealed; and (c) The **information** about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONF. (If Any) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| | | | | | Redacted portions of brief contain information about FJB. FJB is a minor. |
| | | | | | Email was designated as confidential under a nondisclosure agreement between defendant ___. and nonparty ____. |
| | | | | | Document contains confidential technology assessments, business recommendations, and cost estimates not intended for public distribution. |
| | | | | | Confidential descriptions of the reasons for design decisions related to the [product]. |
| | | | | | The unredacted version of this document should remain sealed. The parties propose a public, redacted version, redacting personal identifiable information of a nonparty employee, including his name and employee id number, as well as two sentences relating to a specific financial transaction, which disclose confidential bank financial records. |
| | | | | | All depositions transcripts in this case have been designated as "Confidential-Student Information" as they contain confidential and student information as described in the Protective Order entered by the Court at Dkt. __. The University disclosure of student information is subject to The Family Education Rights and Privacy Act, 20 USC § 1232g(b), 34 CFR § 99.1. |